

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hurtado–Fernandez's conviction and sentence are **AFFIRMED.**

## GREAT LAKES REINSURANCE (UK) PLC, Plaintiff–Appellant,

v.

## Steven POMARICO, Dennis Dodson, Defendants–Appellees.

### No. 07–15066.

United States Court of Appeals, Eleventh Circuit.

Sept. 23, 2008.

Jonathan W. Skipp, Stephanie H. Wylie, Horr, Novak & Skipp, P.A., Miami, FL, for Plaintiffs–Appellants.

Michael Ramer Karcher, Karcher Canning & Karcher, Ft. Lauderdale, FL, for Defendant–Appellee.

Before BIRCH and MARCUS, Circuit Judges and FORRESTER,* District Judge.

PER CURIAM:

Having thoroughly reviewed the record and the briefs of the parties and having heard oral argument by counsel, we can find no abuse of discretion,[1] particularly in view of the "Savings to Suitors" clause of 28 U.S.C. § 1333(1)[2] and the familiarity of the Florida courts with maritime disputes. *See, e.g. Carnival Corp. v. Carlisle,* 953 So.2d 461 (Fla.2007). Therefore, we AFFIRM the judgment of the district court.

## ALPHAMED PHARMACEUTICALS CORP., Plaintiff–Appellant– Cross–Appellee,

The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

(1) Any civil case of admiralty or maritime jurisdiction, *saving to suitors in all cases all other remedies to which they are otherwise entitled.*

(emphasis added).

---

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

1. *See Wilton v. Seven Falls Co.,* 515 U.S. 277, 289–90, 115 S.Ct. 2137, 2144, 132 L.Ed.2d 214 (1995) (determining that a stay by the district court of a declaratory judgment action is reviewed for abuse of discretion).

2. **28 U.S.C. § 1333. Admiralty, maritime and prize cases.**

502

John, Jarrett, Noreen and Darren Lezdey, Plaintiffs,

v.

ARRIVA PHARMACEUTICALS, INC., a California Corporation, f.k.a. AlphaOne Pharmaceuticals, Inc., Defendant–Appellee–Cross–Appellant,

Spinelli Corporation, an Arizona corporation, Defendant–Appellee,

CTG & Associates LLC, a Georgia limited liability company, et al., Defendants.

No. 06–13432.

United States Court of Appeals, Eleventh Circuit.

Sept. 23, 2008.

Wendy S. Leavitt, Joseph P. Klock, Jr., Steel, Hector & Davis, LLP, James Edward McDonald, Squire, Sanders & Dempsey, LLP, Miami, FL, for Plaintiff–Appellant–Cross–Appellee.

Jonathan Goodman, Akerman, Senterfitt & Eidson, P.A., Miami, FL, for Defendant–Appellee–Cross–Appellant.

Nancy A. Copperthwaite, Akerman Senterfitt, Miami, FL, for Defendant–Appellee.

Before BIRCH and MARCUS, Circuit Judges and FORRESTER,* District Judge.

* Honorable J. Owen Forrester, United States District Judge for the Northern District of

PER CURIAM:

Having thoroughly reviewed the record, the briefs of the parties and hearing oral argument by counsel, we AFFIRM the judgment of the district court based on its well-reasoned opinion of 26 May 2006, 432 F.Supp.2d 1319.

David P. JOHNSON, Plaintiff–Counter–Defendant–Appellee,

v.

William Elrod CLARK, Defendant–Counter–Claimant–Appellant.

Nos. 07–12668, 07–13423.

United States Court of Appeals, Eleventh Circuit.

Sept. 23, 2008.

Susan Joy Silverman, Sarasota, FL, Alan W. Roddy, Matthews, Eastmoore, Hardy, Crauwels & Garcia, P.A., Sarasota, FL, Martin Garcia, Matthews, Hutton & Eastmore, Sarasota, FL, David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Counter–Defendant–Appellee.

Roy D. Wasson, Annabel Castle Majewski, Wasson & Associates, Miami, FL, for Defendant–Counter–Claimant–Appellant.

Georgia, sitting by designation.